**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                        Case No.: 1:15−cr−00314
                                                                   Honorable Robert M. Dow Jr.

Edward R Vrdolyak, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 28, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr.as to Edward R Vrdolyak: By agreement of counsel, sentencing is set for 12/4/2020 at 10:30 a.m. Sentencing memorandum, including any objections to the pre−sentence investigation report and sentencing recommendations are due by 11/20/2020. Responses are due by 11/27/2020. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770,779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its sentencing recommendation to Defendant's counsel and the Government. The Government shall e−mail a completed Victim Electronic Spreadsheet (with the victim(s) and loss amount(s)) to the Courtroom Deputy and the Probation Officer by no later than 11/20/2020. The victim import spreadsheet is listed on our website on other forms page. Global addresses for victims: Financial institution/government agencies/buy money are to be used for these victims instead of branch locations etc. Emailed notice (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.